Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| <u>Dianna Grace Reuter</u><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br><u>see attached</u><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* [x] Yes [ ] No |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Dianna Grace Reuter |
   | Street Address | 724 N 4th Street |
   | City and County | Montrose, Montrose |
   | State and Zip Code | Colorado 81401 |
   | Telephone Number | (970) 258-5864 |
   | E-mail Address | skireuter@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

The Full List of Defendants

The City of Boston

International Hostel USA

New England Law - Boston

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

    Name    The City of Boston

    Job or Title *(if known)*

    Street Address    ~~1 City Hall Square, Suite 500~~

    City and County    ~~Boston, Suffolk~~

    State and Zip Code    ~~Massachusetts 02201-2013~~

    Telephone Number    ~~(617) 635-4500~~

    E-mail Address *(if known)*

Defendant No. 2

    Name    International Hostel USA

    Job or Title *(if known)*

    Street Address    ~~19 Stuart Street;~~ 8455 Colesville Road, Suite 1225

    City and County    ~~Boston, Suffolk;~~ Silver Spring, Montgomery

    State and Zip Code    ~~Massachusetts 02116;~~ Maryland 20910

    Telephone Number    (617) 536-9455

    E-mail Address *(if known)*    reserve.boston@hiusa.org

Defendant No. 3

    Name    New England Law - Boston

    Job or Title *(if known)*    law school

    Street Address    ~~154 Stuart Street~~

    City and County    Boston, Suffolk

    State and Zip Code    Massachusetts 02116

    Telephone Number    617-422-7210

    E-mail Address *(if known)*    admit@nesl.edu

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 42 U.S. Code Chapter 126,
18 U.S. Code Section 1201 - Kidnapping, et al.
18 U.S. Code Section 241 - Conspiracy against rights
18 U.S. Code Section 242 - Depravation of rights
18 U.S. Code Section 249, 18 U.S. Code Section 1001
8 U.S. Code Section 1325, 18 U.S. Code Section 1113
1st, 4th, 8th, 9th, 10th, 14th Amendments of the U.S. Constitution

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Dianna Grace Reuter, is a citizen of the State of *(name)* Colorado.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* ___The City of Boston___ , is incorporated under the laws of the State of *(name)* ___Massachusetts___ , and has its principal place of business in the State of *(name)* ___Massachusetts___ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

```
     The amount Defendants owe exceeds USD 75,000.00,
because the amount of malarkey caused by Defendants
is estimated at USD 2,400,000.00 to be paid by
Defendants in proportion to Defendants willful and
wanton damage to Plaintiff, individual portions of
Defendants damages to Plaintiff are to be determined
by the trier of facts.
```

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

```
1. Plaintiff arrives in Boston's airport August 15th, 2022
   pulling two luggages - a red Swiss and a forest green Western
   Pack, arrives at International Hostel USA, stays, cooks some
   meals in the common kitchen, sleeps on the floor because of
   bed bugs and culture and is kidnapped after midnight 08.18.2022 after
   taking a shower by the City of Boston and USA hostel the day.
   the first day of law school whereby Plaintiff arrives at The
```

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

```
Plaintiff respectfully requests the Court and, or the Trier of Facts
order places of accommodation, the City of Boston, and law schools
including International Hostel USA and New England Law - Boston not
invite persons to Boston   and places then turncoat to remove
invites from their city  and places within city using force and
threats causing damages including tuition and board costs, health
insurance costs, loss of employment, discrimination over in cost of
USD 2,400,000.00 or determined amount in USDs at trial and adopt The
```

2. The Defendant(s) continued . . .

Defendant, International Hostel USA, is incorporated under the laws of the state of Maryland, and has its principal place of business in the state of Maryland.

Defendant, New England Law - Boston, is incorporated under the laws of the state of Massachusetts, and has its principal place of business in the state of Massachusetts.

III. Statement of Claim

continued . . .

Cherry Room at New England Law three days later.[2] New England Law tells Plaintiff she has to apply for federal financial aid because Plaintiff is awarded a Dean's Scholarship and in order to receive the scholarship money. Plaintiff needs to apply for financial aid although Plaintiff does not need financial aid and pays for law school herself. Plaintiff applies for federal financial aid because receiving a scholarship cinched her decision to attend law school in Boston at New England Law - Boston. Then New England Boston tells Plaintiff there are two flags on her account - one from the federal student financial aid program - FAFSA and one from the Social Security Administration saying Plaintiff is disabled. Plaintiff never defaulted on any loan and when Plaintiff called the federal government to repay an old loan the man from the government in 1996 said he would check into it. Plaintiff called the same man back in two weeks thereupon the man said "You stumped me. Consider __it__ a gift from Uncle Sam." As far as Social Security goes, Plaintiff never claimed disability because Plaintiff is not nor ever has been disabled. [3.] Because of Plaintiff's requirements under Winter Park Ski Area as a marketing intern, Plaintiff determines International Hostel USA to be in violation of the American Disabilities Act - berths, sinks, rooms lack requirements that need to be met. [4.] Plaintiff arrives at The Cherry Room in shock after the kidnapping and a brief stay at Moxy August 18th, 2022. Boston demanded Plaintiff enjoy Boston. Plaintiff draws a comic strip Wellbeans and is kidnapped from a hostel sharing the building with the club "Centerfolds" and that is suspicious to this Nancy Drew. Plaintiff can not transport her luggage and herself far from Stuart Street and accepts The Kensington's offer to live in the mountains 22 stories up with windows that open so that Plaintiff can hear the sirens at night.[5] New England Law refuses to remove the two flags. New England Law tells Plaintiff that she is not in good standing after Plaintiff withdrew to solve the crimes against her in Colorado. The next year 2024 - New England Law tells Plaintiff she is in good standing. New England Law bait and switched Plaintiff drawing Plaintiff into Boston then making sure Plaintiff not become a lawyer at least not attending their school.[6] The City of Boston and International Hostel USA helped themselves to Plaintiff's milk and food left in the refridgerator at the common kitchen probably because during the kidnapping both parties refused Plaintiff access to her milk and food.[7] Both parties refused Plaintiff access to water, the plumbing, sleep, adequate clothing.[8] Plaintiff was required to join International Hostel USA and paid for accommodations through September 1st, 2022.[9] International Hostelling and New England Law Boston broke contract with Plaintiff. Plaintiff was to live in Boston and there attend law school. [10.] New England Law - Boston tells Plaintiff USD 0.90 is past due after Plaintiff paid-in-full.

IV. Relief

continued . . .

Sidewalk Plan, attached. Plaintiff requests the Court order Defendants return Plaintiff's milk and food. Plaintiff requests the Court order Defendants pay for the taxes and utilities paid to cover water, protection, trash and recycling. Plaintiff requests the Court order New England Law - Boston removed from the American Bar Association's approval list. The injunction shall remove one bait and switch law school as an accredited law school. Or Plaintiff requests the Court order New England Law - Boston require candidates earn straight A's in all classes - allowing all candidates to retake exams when necessary to earn A's. This Court order may increase the availabilty of great lawyers to We The People. This Court order may improve New England Law - Boston's rank among approved American Bar Association law schools. Once in place, Plaintiff requests the Court order New England Law - Boston admit Plaintiff as a full-time candidate, consider Plaintiff for a scholarship, and not remove Plaintiff from The Cherry Room.

The Court or the Trier of Facts is respectfully requested to require persons living in Boston to follow The Major League Baseball Code of Conduct. The Court is respectfully requested to extend the Major League Baseball Code of Conduct to all municipalities, townships, villages, hills and valleys in the United States of America. This Action may deepen a love of the game and a love for the United States of America.

All readers of this petition to the federal district court are cordially invited to Wilkerson Library whereby at the foot of Bridal Veil Falls one of the nice librarians can give readers access to Four Score and Seven also known as Fashion Focus '87 and The Prestige. A video, a movie when watched heard in conjunction, video then movie may end all crime in these here United States of America. Wilkerson Library is in Telluride, Colorado.

The City of Boston under the Court's order is requested to consider The Lone Ranger Plan, attached. The City of Boston and International Hostel USA must not kidnap anyone again for sleeping on the floor. International Hostel USA under the Court's order is to offer persons without homes, living on the streets of Boston, rooms at a reduced cost. Persons housed at the hostel in exchange for housing are to assist Mayor Wu in The Sidewalk Plan - those persons are transitional characters for Plaintiff. Plaintiff sent two brooms to Mayor Wu in 2022 - simplify before you multiply. Q: Who is the person tapping the toes of their shoes together? A: That is Theodore.

*SIDEWALK PLAN*

INTRODUCTION

Boston is charming. The cobblestones. The brownstones. The touchstones of The Statehouse and Fenway Park.

The sidewalk plan (plan) is to augment the ongoing effort to keep Boston aesthetically pleasing. The sounds, the smells, the sights. The plan is to implement or augment a simple community effort toward cleaning Boston all the way from Fenway Park to Fan Pier after dark. I know how to get others involved. I know what drives others toward a relevant.goal. I am a team player.

THE PLAN'S FRAMEWORK

**I. Talk**

1. *I will talk to business and building owners and listen and take notes on their view of Boston and the plan.*

    a. Using the notes, figure out how to maintain all Boston sidewalks clear of clutter. Interpreters may be needed during certain talks, although I speak at a level of politeness and pantomime in many languages.

    b. The notes will drive the plan. Conversations with your office will drive the plan. Research will drive the plan.

    c. The plan will become the report.

2. *The report may be completed without a court's compelling, but with the business and property owners telling their needs and their views.*

    a. I will email the report to all business and property owners (party/parties).

    b. I will provide a form for their comments and suggestions to be emailed back to me.

    c. I will provide the amended report to parties, and follow the same or similar form for their comments and suggestions.

   d. This cycle will be rinsed and repeated as many times as necessary to provide an agreeable-to-all report. The report reverts back to the plan.

## II. Sweep

1. I will sweep daily, as well as visit the parties. Communication by email will be encouraged.

   a. During each sweep, I will wear my Boston Best - Red Sox hat, Red Sox jacket, navy or black pants, and Converse All-Stars.

   b. I will always have another broom handy in case another person wants to join in the daily sweep. I sent (Mayor Wu) two brooms for this purpose. I hope there is a day where the Mayor and I can sweep together.

## III. Unmess Kit

1. *Each party will be provided with an unmess kit.*

   a. The unmess kit will consist of a broom, a dustpan, Boston city plastic bags, and gloves.

## IV. Marketing

1. Posters and instagram may provide valid and wholesome reasons for the residents and visitors to not drop their discard piles on the sidewalks.

   a. The plan hopes the social policy gains in this arena will be met through plan participation.

2. An award system may be a part of the plan.

   a. The award system intends to provide attention to business and property owners as well as the participating residents and visitors; thus, recognizing their efforts.

   b. Perhaps designer souvenir tickets to free events may be given as awards. (A party could display their souvenir tickets to provide notice to others of the party's participation in the plan.)

Page 4e(2)

3. Map displays and city kiosks may provide information of the plan's efforts.

## CONCLUSION

The summer plan will provide the foundation or augment the foundation for an ongoing effort to provide each person walking along Boston's sidewalks with aesthetically pleasing experiences. As a new Boston resident, I am aware there may be other plans toward this end already implemented by your office. If possible, as a 2025 Candidate at New England Law, I would like to work for your office to provide the plan and implement the plan over the 2023 summer. I would like to work with your legal office. I will be done with my first year at New England Law on May 5th. I will be available to start the plan on May 6th.

## REQUEST

I would like an interview as soon as possible. I would be happy to wear the proposed outfit for the interview. I want to help. I want to get involved in Boston's community. I hope the plan can be part of your office's overall plan for Boston.

Respectfully submitted,

*DGReuter. W. 07.09.2025*

Dianna Grace Reuter
665 Washington St, Studio 2206
Boston, 02111
857.777.6037
skireuter@gmail.com

The Lone Ranger Plan

Items of mass destruction are not necessary. There is zero reason to wear any item of mass destruction. The real look is to be appropriate. Blue men are to cruise with the knowledge of the law.

Clean body and clean attire is required to maintain integrity and respect. Should anyone not obey a just law, simply tell them to stop breaking the law. Anyone who breaks the law will find out the law will break them. Incarceration is not necessary. All conflict may be handled civilly.

When someone breaks the law, and they choose not to stop breaking the law, offer them a glass of water. Meeting a conflict with another conflict will not solve the problem. Police officers are to model good behavior. Each person must get good sleep, eat healthy foods, drink good water, keep a clean shelter, and allow personal space.

To de escalate any crime use the technique analogous to what firemen use: Stop, drop and roll. Ask the crimer to stop, tell the crimer to drop and do 25 push-ups, and roll the camera. Really the crimer only desires an audience. And really a camera is not necessary. Nothing without providence.

Each day the police officers are to gather and develop their technique using different scenarios. Use checklists. Carry a notebook and pen at all times. Be creative. You can do it!

Page 4f

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: T. 07.08.2025

Signature of Plaintiff: DGReuter

Printed Name of Plaintiff: Dianna Grace Reuter

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____