UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Case Name: Reuter v. The City of Boston et al.

Case Number: 1:25-cv-12036

---

## Motion of Harmless Error

---

Good day. Plaintiff respectfully motions the Court for a summons. Possible location of error, Exhibit 5:

Data entry: Notice at 11:13 AM; and, summons not mailed?;

Data entry: entered at 1:12 AM;

Data entry: filed.

All other activity occurs with Notice and entered at the same timestamp, Exhibits 1-6, except Exhibit 5.

All other "Activity in Case" designate the reason for the communique, Exhibits 1-6, in the heading, except Exhibit 5.

Of note: Plaintiff did not move for forma pauperis, Exhibit 2.

Of note: Judge William G. Young has not responded to Motion of Forma Pauperis, Exhibit 7.

Of note: Data entry filed omits timestamp of all "Activity in Case," Exhibits 1-6.

Plaintiff very much enjoys breakfast at Tatte while looking at the Statehouse, a good place for a Tesla Tower.

Legal grounds: Federal Rule of Civil Procedure 61, Harmless Error.

Sl 11.22.2025

Respectfully,

*DGReuter*

Dianna Grace Reuter, pro se
724 N 4th Street
Montrose, Colorado 81401
(970) 258-5864
skireuter@gmail.com

Certificate of Service not applicable under Federal Rule of Civil Procedure 5(a)(1)(D).